| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of **New Jersey** <br> *(State)* |
| Case number *(if known)*: _____ Chapter **11** |

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

**Harriet Ziefert, Inc.**

**2. All other names debtor used
in the last 8 years**

N/A

Include any assumed names,
trade names, and *doing business
as* names

**3. Debtor's federal Employer
Identification Number (EIN)**

2 2 – 2 4 9 9 1 4 4

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **c/o Harriet Ziefert** | |
| Number    Street | Number    Street |
| **10 Highland Drive** | **P.O. Box 950** |
| | P.O. Box |
| **Great Barrington    MA    01230** | **South Orange    NJ    07079** |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Berkshire** | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**

N/A

| Debtor | Harriet Ziefert, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  1  3  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY

            District _____  When _____  Case number _____
                                        MM / DD / YYYY

Debtor    Harriet Ziefert, Inc.
_____    Case number (if known) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

❑ Yes.    Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** _____
Number        Street

_____

_____    _____
City                                      State ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
❑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

---

| Debtor | Harriet Ziefert, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☒ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/13/2025
MM / DD / YYYY

✗ *HARRIET ZIEFERT* — 6D1B37E70A904BA
Signature of authorized representative of debtor

Harriet Ziefert
Printed name

Title President

18. **Signature of attorney**

✗ *Jon S. Ziefert* — FB261F5726FF4E2...
Signature of attorney for debtor

Date 02 / 13 / 2025
MM / DD / YYYY

Jon S. Ziefert / Ken Rosen - Local Counsel
Printed name

General Counsel, Blue Apple Books, LLC / Ken Rosen Advisors
Firm name

3 New York Avenue, Apt. 415
Number    Street

Jersey City / New York         NJ / NY  07307  / 10023
City                           State    ZIP Code

917-757-5481
Contact phone

jonziefert@gmail.com
Email address

020361994 / 021601979
Bar number

NY / NJ
State

Fill in this information to identify the case and this filing:

Debtor Name ___Harriet Ziefert, Inc._____

United States Bankruptcy Court for the: _____ District of New Jersey
                                                              (State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule ____*

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/13/2025             ✗  _HARRIET ZIEFERT_____
        MM / DD / YYYY                              6D1B37F70A904BA...
                                        Signature of individual signing on behalf of debtor

                                        Harriet Ziefert_____
                                        Printed name

                                        President_____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Harriet Ziefert, Inc._____

United States Bankruptcy Court for the: _____ District of __New Jersey__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206Sum
============================

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

 1a. **Real property:**
 Copy line 88 from *Schedule A/B*.......................................................................................

 $ _____0

 1b. **Total personal property:**
 Copy line 91A from *Schedule A/B*...................................................................................

 $ 63,074.15

 1c. **Total of all property:**
 Copy line 92 from *Schedule A/B*.....................................................................................

 $ 63,074.15

---

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................

 $ _____0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

 3a. **Total claim amounts of priority unsecured claims:**
 Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................

 $ _0_____

 3b. **Total amount of claims of nonpriority amount of unsecured claims:**
 Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

 + $ 253,789.23

4. **Total liabilities**............................................................................................................
 Lines 2 + 3a + 3b

 $ 253,789.23

**Fill in this information to identify the case:**

Debtor name ___Harriet Ziefert, Inc_____

United States Bankruptcy Court for the: _____ District of __New Jersey___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pomum Liber LLC c/o Alberto Fernandez 104 Maplewood Ave. Maplewood, NJ 07040 | Alberto Fernandez (973) 761-4626 incmgrp@gmail.com | | | | | $222,620.92 |
| 2 | Fox Rothschild LLP 1 International Blvd, Suite 905 Philadelphia, PA 19103 | David Sprong (973) 548-3362 dsprong@foxrothschild.com | | | | | $10,000.00 |
| 3 | American Express PO Box 297812 Ft Lauderdale, FL 33329-7812 | American Express (800) 521-6121 | | | | | $12,320.82 |
| 4 | Simms Taback and G. K. Taback Living Trust 2100 East Washington Street Apt 235 Petaluma, CA 94954 | Jason Taback (310) 980-9242 jastaback@gmail.com | | | | | $6,847.49 |
| 5 | Ingis & Company PA 960 MacArthur Blvd Mahwah, NJ 07495 | Paul Ingis (201) 252-2580 ingispaul@gmail.com | | | | | $2,000.00 |
| 6 | Alberto Fernandez 104 Maplewood Ave Maplewood, NJ 07040 | Alberto Fernandez (973)761-4626 incmgrp@gmail.com | | | | | Undetermined |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____  Case number *(if known)*_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

Fill in this information to identify the case:

Debtor name _____ Harriet Ziefert, Inc. _____

United States Bankruptcy Court for the:_____ District of New Jersey
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**      $ ___0___

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Chase | checking | 2  3  7  7 | $ 10,993.99 |
   | 3.2. | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. _____ | $_____ |
   | 4.2. _____ | $_____ |

5. **Total of Part 1**      $ 10,993.99

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. _____ | $_____ |
   | 7.2. _____ | $_____ |

Debtor _____
     Harriet Ziefert, Inc.
Name

Case number *(if known)* _____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.         $_____

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   $44,961.50 _____ – _____ = ....➔   $44,961.50
                          face amount           doubtful or uncollectible accounts

11b. Over 90 days old:   $6,168.66 _____ – _____ = ....➔   $6,168.66
                          face amount           doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ 51,130.16

*Type text here*

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1. _____   _____%   _____   $_____

15.2. _____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.         $_____

---

Debtor _____
Name         Harriet Ziefert, Inc.

_____ Case number (*if known*)_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor   ___Harriet Ziefert, Inc._____   Case number *(if known)*_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment | $ 950.00 | | $ 950.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 950.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor    Harriet Ziefert, Inc.
_____
Name                                                                        Case number (if known)_____

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known) _____
         Harriet Ziefert, Inc.
         Name

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☒ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☐ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** N/A | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** N/A | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** N/A | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** N/A | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** N/A | $_____ | _____ | $_____ |
| 65. **Goodwill** N/A | $_____ | _____ | $_____ |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $_____

---

Debtor    Harriet Ziefert, Inc.
    Name _____    Case number *(if known)* _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜    $ _____
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $ _____

_____    Tax year _____    $ _____

_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

_____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $ _____

_____    $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Harriet Ziefert, Inc.
_____
Name                                                    Case number *(if known)*_____

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 10,993.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 51,130.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................➔ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✛ $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 63,074.15 | ✛ 91b. $_____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... | | $ 63,074.15 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Harriet Ziefert, Inc. |
| United States Bankruptcy Court for the: | _____ District of **New Jersey** (State) |
| Case number (If known) | _____ |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ _____    Priority amount $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

Pomum Liber, LLC

c/o Alberto Fernandez

104 Maplewood Ave, Maplewood, NJ 07040

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

$ 222,620.92

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

Alberto Fernandez

104 Maplewood Ave.

Maplewood, NJ 07040

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Undetermined

$ Undetermined

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address

Fox Rothschild LLP

1 International Blvd, Suite 905

Philadelphia, PA 19103-3222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal services rendered

$ 10,000.00

Date or dates debt was incurred 1/1/24 - 12/31/24

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address

Ingis & Company PA

960 MacArthur Blvd

Mahwah, NJ 07495

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting services rendered

$ 2,000.00

Date or dates debt was incurred 1/1/24 - 12/31/24

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address

American Express

PO Box 297812

Ft Lauderdale, FL  33329-7812

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit card balance

$ 12,320.82

Date or dates debt was incurred 1/1/24 - 12/31/24

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6**

Nonpriority creditor's name and mailing address

Simms Taback and G. K. Taback Living Trust

2100 East Washington Street Apt 235

Petaluma, CA 94954

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties owed

$ 6,847.49

Date or dates debt was incurred 7/1/23 - 6/30/24

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor   Harriet Ziefert, Inc   Case number *(if known)*
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.2.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.3.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.4.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **41.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.5.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.6.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.7.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.8.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.9.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.10.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| **4.11.** | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  Harriet Ziefert, Inc
        Name

Case number (if known)

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ |
| 5b. **Total claims from Part 2** | 5b. **+** | $253,789.23 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $253,789.23 |

---

**Fill in this information to identify the case:**

Debtor name _Harriet Ziefert, Inc_

United States Bankruptcy Court for the:_____ District of _New Jersey_
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | author contract<br>publisher owing royalties | Harriet Ziefert<br>10 Highland Dr<br>Great Barrington, MA 01230 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | author contract<br>publisher owing royalties | Elizabeth Alberts<br>10409 Carriagepark Ct<br>Fairfax, VA 22032 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | author contract<br>publisher owing royalties | Mike Austin<br>c/o East West Literary Agency<br>2632 Wilshire Blvd, #462<br>Santa Monica, CA 90403 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | artist contract<br>publisher owing royalties | Brigette Barrager<br>1037 N. Parish Pl.<br>Burbank, CA 91506 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | artist contract<br>publisher owing royalties | Stephane Barroux<br>c/o Painted Words<br>310 W. 97th St, #24<br>New York, NY 10025 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | |

| Debtor | Harriet Ziefert, Inc | Case number (if known) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | artist contract / publisher owing royalties | Fred Blunt |
| | | | c/o The Bright Group US Inc |
| | | | 157-A First Street, #339 |
| | State the term remaining | indefinite | Jersey City, NJ 07302 |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | artist contract / publisher owing royalties | Emily Bolam |
| | | | c/o The Bright Group US Inc |
| | | | 157-A First Street, #339 |
| | State the term remaining | indefinite | Jersey City, NJ 07302 |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | artist contract / publisher owing royalties | Sebastian Braun |
| | | | c/o The Bright Group US Inc |
| | | | 157-A First Street, #339 |
| | State the term remaining | indefinite | Jersey City, NJ 07302 |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | artist contract / publisher owing royalties | Lisa Campbell-Ernst |
| | | | 6 Janssen Place |
| | State the term remaining | indefinite | Kansas City, MO 64109 |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | artist contract / publisher owing royalties | Smiljana Coh |
| | | | c/o The Bright Group US Inc |
| | | | 157-A First Street, #339 |
| | State the term remaining | indefinite | Jersey City, NJ 07302 |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | artist contract / publisher owing royalties | Pascale Constantin |
| | | | c/o The Herman Agency |
| | | | 350 Central Park West |
| | State the term remaining | indefinite | New York, NY 10025 |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | author contract / publisher owing royalties | Marilyn Sadler |
| | | | c/o Painted Words |
| | | | 310 W. 97th St, #24 |
| | State the term remaining | indefinite | New York, NY 10025 |
| | List the contract number of any government contract | | |

Debtor   Harriet Ziefert, Inc
_____    Case number (if known) _____
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining   indefinite

List the contract number of any government contract

Lucie Crovatto
c/o Painted Words
310 W. 97th St, #24
New York, NY 10025

**2.14**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining   indefinite

List the contract number of any government contract

Roger De Muth
59 Chenango Street
Type text here

**2.15**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining   indefinite

List the contract number of any government contract

Travis Foster
2420 Crocker Springs Road
Goodlettsville, TN 37072

**2.16**
State what the contract or lease is for and the nature of the debtor's interest

author contract
publisher owing royalties

State the term remaining   indefinite

List the contract number of any government contract

Kirsten Hall
435 E. 14th St., Apt. 11F
New York, NY 10009

**2.17**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining   indefinite

List the contract number of any government contract

Sabina Gibson
48 Spencer Ave., #1
Toronto, Ontario M6K 2J6
Canada

**2.18**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining   indefinite

List the contract number of any government contract

Karla Gudeon
12 Renwick Ave, Suite 104
Kings Park, NY 11754

**2.19**
State what the contract or lease is for and the nature of the debtor's interest

artist contract
publisher owing royalties

State the term remaining   indefinite

List the contract number of any government contract

Amanda Haley
5954 Creekview Dr
Milford, OH 45150

Debtor    Harriet Ziefert, Inc _____    Case number (if known)_____
      Name

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

  Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20** State what the contract or lease is for and the nature of the debtor's interest | artist contract |
| | publisher owing royalties |
| State the term remaining | indefinite |
| List the contract number of any government contract | |

**2.20**
- State what the contract or lease is for and the nature of the debtor's interest: artist contract / publisher owing royalties
- State the term remaining: indefinite
- List the contract number of any government contract:

Katy Hudson
c/o The Bright Group US Inc
157-A First Street, #339
Jersey City, NJ 07302

**2.21**
- State what the contract or lease is for and the nature of the debtor's interest: author contract / publisher owing royalties
- State the term remaining: indefinite
- List the contract number of any government contract:

Janet Halfmann
2618 N 62nd St
Wauwatosa, WI 53213

**2.22**
- State what the contract or lease is for and the nature of the debtor's interest: artist contract / publisher owing royalties
- State the term remaining: indefinite
- List the contract number of any government contract:

Marilyn Janovitz
c/o The Bright Group US Inc
157-A First Street, #339
Jersey City, NJ 07302

**2.23**
- State what the contract or lease is for and the nature of the debtor's interest: artist contract / publisher owing royalties
- State the term remaining: indefinite
- List the contract number of any government contract:

Ag Jatkoska
c/o The Bright Group US Inc
157-A First Street, #339
Jersey City, NJ 07302

**2.24**
- State what the contract or lease is for and the nature of the debtor's interest: artist contract / publisher owing royalties
- State the term remaining: indefinite
- List the contract number of any government contract:

Mark Jones
2279 Mill Terrace
Sarasota, FL 34231

**2.25**
- State what the contract or lease is for and the nature of the debtor's interest: artist contract / publisher owing royalties
- State the term remaining: indefinite
- List the contract number of any government contract:

Yukiko Kido
2-3-12 Nagameguro, Apt 403
Meguro, Tokyo Japan

**2.26**
- State what the contract or lease is for and the nature of the debtor's interest: author contract / publisher owing royalties
- State the term remaining: indefinite
- List the contract number of any government contract:

Jan Johnston
2004 18th St NW
Bradenton, FL 34205

| Debtor | Harriet Ziefert, Inc | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27**

State what the contract or lease is for and the nature of the debtor's interest — artist contract / publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Elliot Kreloff
510 West 149 Street, Apt. #2
New York, NY 10031

**2.28**

State what the contract or lease is for and the nature of the debtor's interest — artist contract / publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Maxine Lee
c/o The Bright Group US Inc
157-A First Street, #339
Jersey City, NJ 07302

**2.29**

State what the contract or lease is for and the nature of the debtor's interest — author contract / publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Robert Ethan Long
2248 W. Powers Ave.
Littleton, CO 80120

**2.30**

State what the contract or lease is for and the nature of the debtor's interest — artist contract / publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Steve Mack
c/o Painted Words
310 W. 97th St, #24
New York, NY 10025

**2.31**

State what the contract or lease is for and the nature of the debtor's interest — artist contract / publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Josee Masse
c/o Painted Words
310 W. 97th St, #24
New York, NY 10025

**2.32**

State what the contract or lease is for and the nature of the debtor's interest — artist contract / publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Emily McCann
c/o The Bright Group US Inc
157-A First Street, #339
Jersey City, NJ 07302

**2.33**

State what the contract or lease is for and the nature of the debtor's interest — artist contract / publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Todd McKie
82 Holworthy Street
Cambridge, MA 02138

Debtor  Harriet Ziefert, Inc _____     Case number (if known) _____
        Name

▇ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.34**

State what the contract or lease is for and the nature of the debtor's interest: artist contract, publisher owing royalties

State the term remaining: indefinite

List the contract number of any government contract:

Sam McPhillips
c/o The Bright Group US Inc
157-A First Street, #339
Jersey City, NJ 07302

**2.35**

State what the contract or lease is for and the nature of the debtor's interest: artist contract, publisher owing royalties

State the term remaining: indefinite

List the contract number of any government contract:

Pranas Naujokaitis
2325 N Moody Ave
Chicago, IL 60639

**2.36**

State what the contract or lease is for and the nature of the debtor's interest: artist contract, publisher owing royalties

State the term remaining: indefinite

List the contract number of any government contract:

Christina O'Donovan
c/o The Bright Group US Inc
157-A First Street, #339
Jersey City, NJ 07302

**2.37**

State what the contract or lease is for and the nature of the debtor's interest: artist contract, publisher owing royalties

State the term remaining: indefinite

List the contract number of any government contract:

Tatiana Oles
60 Clay Street
Princeton, NJ 08542

**2.38**

State what the contract or lease is for and the nature of the debtor's interest: author contract, publisher owing royalties

State the term remaining: indefinite

List the contract number of any government contract:

Lark Pien
202 SE 47th Ave
Portland, OR 97215

**2.39**

State what the contract or lease is for and the nature of the debtor's interest: author contract, publisher owing royalties

State the term remaining: indefinite

List the contract number of any government contract:

Pamela Prichett
181 E 93rd St, #4E
New York, NY 10128

**2.40**

State what the contract or lease is for and the nature of the debtor's interest: artist contract, publisher owing royalties

State the term remaining: indefinite

List the contract number of any government contract:

Luana Rinaldo
Auf der Mauer, 15
Zurich 8001
Switzerland

| Debtor | Harriet Ziefert, Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

▆ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.41** State what the contract or lease is for and the nature of the debtor's interest

artist contract

publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Tanya Roitman
22 47th St, Apt 1
Weehawken, NJ 07086

**2.42** State what the contract or lease is for and the nature of the debtor's interest

author contract

publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Laurie Rosenwald
421 Hudson Street, Apt. 407
New York, NY 10014

**2.43** State what the contract or lease is for and the nature of the debtor's interest

artist contract

publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Amanda Shepherd
3102 Santa Fe Street, Apt. 24C
Corpus Christi, TX 78404

**2.44** State what the contract or lease is for and the nature of the debtor's interest

artist contract

publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Ryan Sias
6301 Jefferson Ct
Alpharetta, GA 30005

**2.45** State what the contract or lease is for and the nature of the debtor's interest

artist contract

publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Susan Pearson
88 Bush Street
Building B #4189
San Jose, CA 95126

**2.46** State what the contract or lease is for and the nature of the debtor's interest

artist contract

publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Thomas Slaughter
552 Broadway, 4th fl
New York, NY 10012

**2.47** State what the contract or lease is for and the nature of the debtor's interest

artist contract

publisher owing royalties

State the term remaining — indefinite

List the contract number of any government contract

Simms Taback
2747 Channel Dr
Ventura, CA 93003

| Debtor | Harriet Ziefert, Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** artist contract / publisher owing royalties<br>**State the term remaining** indefinite<br>**List the contract number of any government contract** | Betsy Thompson<br>c/o Painted Words<br>310 W. 97th St, #24<br>New York, NY 10025 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** artist contract / publisher owing royalties<br>**State the term remaining** indefinite<br>**List the contract number of any government contract** | Ekaterina Trukhan<br>c/o The Bright Group US Inc<br>157-A First Street, #339<br>Jersey City, NJ 07302 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** artist contract / publisher owing royalties<br>**State the term remaining** indefinite<br>**List the contract number of any government contract** | Ingri Von Bergen<br>245 E. 63rd St, Suite 1411<br>New York, NY 10065 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** artist contract / publisher owing royalties<br>**State the term remaining** indefinite<br>**List the contract number of any government contract** | Steve Wilson<br>2-23 Crocker Ave<br>Toronto, ON M6J 1K7<br>Canada |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** artist contract / publisher owing royalties<br>**State the term remaining** indefinite<br>**List the contract number of any government contract** | Stephen Turk<br>Noah Woods Studio<br>927 Westbourne Dr<br>Los Angeles, CA 90069 |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** artist contract / publisher owing royalties<br>**State the term remaining** indefinite<br>**List the contract number of any government contract** | Robert Wurzburg<br>PO Box 67<br>Saint Johnsbury, VT 05819 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** artist contract / publisher owing royalties<br>**State the term remaining** indefinite<br>**List the contract number of any government contract** | Deborah Zemke<br>c/o The Herman Agency<br>350 Central Park West<br>New York, NY 10025 |

Type text here

| Debtor | Harriet Ziefert, Inc | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:black; width:40px;"> </td><td><strong>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.55**
| State what the contract or lease is for and the nature of the debtor's interest | content license agreement |
|---|---|
| | publisher owed royalties |
| State the term remaining | two year term with two-year |
| List the contract number of any government contract | auto renewals |

Epic! Creations, Inc
702 Marshall Street, Suite 280
Redwood City, CA 94063

**2.56**
| State what the contract or lease is for and the nature of the debtor's interest | content distribution agreement |
|---|---|
| | publisher owed payments |
| State the term remaining | one year term with one-year |
| List the contract number of any government contract | auto renewals |

Scribd, Inc
460 Bryant Street, #100
San Francisco, CA 94107

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____

**2.__**
State what the contract or lease is for and the nature of the debtor's interest _____

State the term remaining _____

List the contract number of any government contract _____